# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kenneth Bernard Davis | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13cv234 |
| | ) | |
| vs. | ) | |
| | ) | |
| Herbert Jackson, Administrator | ) | |
| Brown Creek Correctional Inst. | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come from the court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/19/13 Order.

August 19, 2013

Frank G. Johns, Clerk
United States District Court